UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HORACE FRIEND and TERESITA FRIEND,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HON. ROBERT N. KWAN, *et al.*,<br><br>　　　　　　Defendants. | Cause No. C21-5663RSL<br><br>ORDER RENOTING MOTION TO DISMISS |

　　　　This matter comes before the Court on the federal defendants' "Motion to Dismiss." Dkt. # 5. Plaintiffs allege that the Honorable Robert N. Kwan, United States Bankruptcy Judge, improperly allowed defendant MERS to foreclose on their mortgage, forcing them out of their home. The federal defendants, all of whom are federal judges, seek dismissal of the claims asserted against them on a number of grounds, including sovereign immunity, judicial immunity, failure to state a claim, insufficient service of process, and lack of personal jurisdiction. Plaintiff Horace Friend filed an early response, dated September 24th and docketed on September 29th, in which he substantively addresses some of defendants' arguments and seeks an extension of time in which to finalize his response. The federal defendants do not oppose the requested extension.

　　　　The Clerk of Court is directed to renote Dkt. # 5 on the Court's calendar for consideration on October 22, 2021. Plaintiffs' final response, if any, is due on or before October 18, 2021. The federal defendants' reply is due on or before the note date.

ORDER RENOTING MOTION TO DISMISS - 1

1    Dated this 8th day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

28   ORDER RENOTING MOTION TO DISMISS - 2