UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
HORACE G. FRIEND, et al.,

             Plaintiffs,

    v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEM,

             Defendant.
_____

Case No. C21-5663RSL

ORDER TO SHOW CAUSE

      On November 22, 2021, the Court issued an order requiring the parties to file a Joint Status Report by December 20, 2021, Dkt. #16.  On December 21, 2021, defendant Mortgage Electronic Registration System (MERS), filed a "Status Report" indicating their preferences and signed only by MERS counsel, Dkt. #21.  It appears that plaintiffs did not participate in this report contrary to the Court's Order, nor have plaintiffs sought or obtained an extension of time in which to make the required submission.  Plaintiffs are therefore ORDERED to show cause by Thursday, February 3, 2022, why sanctions, including dismissal of the above-captioned case, should not be imposed for their failure to comply with the Order of November 22, 2021.  The Clerk is directed to place this Order to Show Cause on the Court's calendar for Friday, February 4, 2022.

ORDER TO SHOW CAUSE

1      DATED this 14th day of January, 2022.

                         /s/ Robert S. Lasnik
                         Robert S. Lasnik
                         United States District Judge

ORDER TO SHOW CAUSE                      -2-